IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY NORTH,<br>　　　　Plaintiff, | : <br> : <br> : | |
| v. | : <br> : <br> : | CIVIL ACTION <br><br> NO. 11-6006 |
| WIDENER UNIVERSITY,<br>　　　　Defendant. | : <br> : <br> : <br> : <br> : | |

## ORDER

**AND NOW**, this ____ day of April, 2012, upon consideration of Defendant's Motion to Dismiss (Doc. 3), and Plaintiff's Response in Opposition thereto (Doc. 6), **IT IS HEREBY ORDERED AND DECREED** that Defendant's Motion is **DENIED**.

　　　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　　　**/s/ Petrese B. Tucker**
　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**Hon. Petrese B. Tucker, U.S.D.J.**