IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JEFFREY NORTH, | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | CIVIL ACTION |
| | : | |
| WIDENER UNIVERSITY, | : | NO. 11-6006 |
| Defendant. | : | |

### ORDER

**AND NOW**, this ____ day of July, 2013, upon review of the Plaintiff's partial motion for summary judgment (Doc. 20) and Defendant's motion for summary judgment (Doc. 21), as well as all responding briefs, **IT IS HEREBY ORDERED** that:

1. with respect to Plaintiff's claim that Widener breached its contractual obligation when failing to provide a pre-termination hearing, both parties' motions are **DENIED**.

2. with respect to Plaintiff's claim under Section 504 of the Rehabilitation Act, as well as Plaintiff's breach of contract claim regarding all other matters, Defendant's motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the teleconference will be held on **Wednesday, July 17, 2013 at 11:00 a.m.** to discuss Plaintiff's surviving breach of contract claim. The call shall be initiated by Plaintiff's counsel.

BY THE COURT:

/s/ Petrese B. Tucker

_____
**Hon. Petrese B. Tucker, C.J.**